[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

Case Title: _____

Case Number: 1:23-cv-16476
Judge Elaine E. Bucklo
Magistrate Judge Beth W. Jantz
RANDOM
Cat. 2

An appearance is hereby filed by the undersigned as a pro se litigant:

Name: **Mary Madison**

Street Address: **9758 S. Charles**

City/State/Zip: **Chicago, IL 60643**

Phone Number: 773.297.9569

Signature: [signed]

Executed on (date): **December 4, 2023**

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[X] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

E-Mail Address (Please PRINT legibly.): mdj123197@aol.com or mary.madison@mail.analytics.hbs.edu

**FILED DEC 04 2023 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT**

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]