

# United States District Court
# Northern District of Illinois

In the Matter of

Mary Madison

v.

Creative Werks, LLC et al

**Honorable Manish S. Shah**
Case No. 23-CV-16476

Designated Magistrate Judge
Beth W. Jantz

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

   I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

_____
**Judge Elaine E. Bucklo**

Date: Friday, December 15, 2023

---

### ORDER OF THE EXECUTIVE COMMITTEE

   IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Rebecca R. Pallmeyer**

Dated: Friday, December 15, 2023

District Reassignment - By Lot

- 28:294(b) I transfer this case to the Executive Committee for reassignment to another judge pursuant to the provisions of 28 USC 294(b). The receiving judge will receive equalization credit.

...................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: