## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Creative Werks, LLC
was received by me on *(date)* 12/15/2023.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CT Corp. System, Christi, Registered Agent, who is
designated by law to accept service of process on behalf of *(name of organization)* Creative Werks
on *(date)* 12/15/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____

My fees are $ ____ 0.00

I declare under per

Date: 12/15/2023

Server's signature
Jordan T Hoffman
Printed name and title

2711 E. New York St. #205
Server's address
Aurora, IL 60502

Additional information regarding attempted service, etc:

**FILED**
DEC 15 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[Print]  [Save As...]  [Reset]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| MARY D. MADISON<br>*Plaintiff(s)*<br>v.<br>CREATIVE WERKS, LLC..<br>STEVE SCHROEDER, .<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:23-cv-16476<br>Judge Elaine E. Bucklo<br>Magistrate Judge Beth W. Jantz<br>RANDOM<br>Cat. 2 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Creative Werks, LLC.
c/o CT Corporation System, Registered Agent
208 So. Lasalle Street
Suite 814
Chicago, IL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mary D. Madison
9758 S. Charles St.
Chicago, IL 60643

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/4/23

L. McGarr
*Signature of Clerk or Deputy Clerk*