Case: 1:23-cv-16476 Document #: 11 Filed: 01/24/24 Page 1 of 1 PageID #:96

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Mary Madison

| | ) | |
| Plaintiff | ) | |
| | ) | Case Number: 1:23-16476 |
| v. | ) | |
| John Schroeder & | ) | Judge: Manish S. Shah |
| Creative Werks, LLC | ) | |
| | ) | |
| Defendant | ) | **FILED** |

### NOTICE OF MOTION

JAN 24 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**TO:**   John Schroeder & Creative Werks, LLC

C/o CT Corp Sys, 208 S LaSalle st. St 814

Chicago, IL 60604-1101

**PLEASE TAKE NOTICE** that on February 6, 2024 _____ **at** 9:45 am _____, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Manish S. Shah _____ or any judge sitting in his or her stead in **Courtroom** 1919 _____ of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

RULE 55 MOTION FOR DEFAULT JUDGMENT

### CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2024 _____, I provided service to the person or persons listed above by the following means: U.S. Mail

Signature: _____    Date: January 24, 2024 _____

Name (Print): Mary Madison

Address: 9758 S Charles    Phone: 7732979569

Chicago, IL 60643

Rev. 06/29/2016