UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARY MADISON | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23CV16476 |
| | ) | |
| | ) | Hon. Judge Elaine E. Bucklo |
| CREATIVE WERKS, LLC, and | ) | |
| STEVE SCHROEDER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO SET ASIDE AND FOR LEAVE TO FILE**

# GROUP EXHIBIT A

| | |
|---|---|
| **From:** | Jon D. Cohen |
| **To:** | Jordan Hoffman |
| **Cc:** | Joseph R. Delehanty |
| **Subject:** | Re: EXTERNAL: RE: Creative Werks/Madison/ |
| **Date:** | Saturday, December 30, 2023 9:41:18 AM |

Jordan, this email is to confirm our telephone conversation yesterday where in it was agreed that Creative Werks could have an additional 20 days to answer or otherwise plead with respect to the federal complaint filed by Ms. Jackson in the northern District of Illinois. Thank you and your client for this courtesy.

Sent from my iPhone

> On Dec 15, 2023, at 8:30 AM, Jordan Hoffman <jthoffmanlaw@gmail.com> wrote:
>
> Good morning, Jon. I think those dates may be possible. But, it looks like the 19th is a Friday and the 22nd is a Monday. I will look to firm up Ms. Madison's availability.
>
> Respectfully yours,
>
> Jordan Hoffman
> The Law Office of
> Jordan T. Hoffman, P.C.
> 2711 East New York St., Suite 205
> Aurora, IL 60502
> 888.958.4529 Phone and Facsimile
> jthoffmanlaw@gmail.com
>
> *"Balancing the Scales of Justice"*
>
> www.attyjthoffman.com
>
> - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.
>
> On Tue, Dec 12, 2023 at 12:18 PM Jon D. Cohen <JCohen@dickinson-wright.com> wrote:

| | |
|---|---|
| **From:** | Jordan Hoffman |
| **To:** | Jon D. Cohen |
| **Subject:** | EXTERNAL: Re: Madison Federal Complaint Extension |
| **Date:** | Tuesday, January 23, 2024 3:38:46 PM |

You're welcome, Jon, thank you.

The Law Office of
Jordan T. Hoffman, P.C.
2711 East New York St., Suite 205
Aurora, IL 60502
888.958.4529 Phone and Facsimile
jthoffmanlaw@gmail.com

*"Balancing the Scales of Justice"*

www.attyjthoffman.com

- CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

On Tue, Jan 23, 2024 at 1:02 PM Jon D. Cohen <JCohen@dickinson-wright.com> wrote:

> Jordan, thank you for the additional two (2) week extension to answer or otherwise plead with respect to Case No. 23CV16476 (until 2/8/24). Hopefully, our settlement negotiations will obviate the need for it to be addressed substantively. Also hope your ankle heals quickly.
>
> **Jon D. Cohen** Member
>
> 55 West Monroe Street    Phone  312-377-4565
> Suite 1200
> Chicago Illinois 60603    Fax    844-670-6009
>                          Email  JCohen@dickinsonwright.com
>
>