[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Mary Madison

Plaintiff )
)
) Case Number: 23-CV-16476
v. )
) Judge: Manish S. Shah
Creative Werks, LLC et al. )
)
)
Defendant )

### NOTICE OF MOTION

TO: Mary Madison

9758 S. Charles St.

Chicago, IL 60643

**PLEASE TAKE NOTICE** that on February 14, 2024 at 9:45 am, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Manish S. Shah or any judge sitting in his or her stead in **Courtroom** 1978 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Motion to Set Aside and Leave to File (Motion to Dismiss)

### CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2024, I provided service to the person or persons listed above by the following means: First Class Mail and Federal Express (no signature required)

Signature: [signature]      Date: 2/8/24

Name (Print): Jon D. Cohen

Address: Dickinson Wright PLLC      Phone:

55 W. Monroe St., Suite 1200

Chicago, IL 60603

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]