[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED** MCP
**2/13/2024**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Mary Madison

Plaintiff )
)
) Case Number: 1:23-16476
v. )
) Judge: Manish S. Shah
Stever Schroeder & Creative )
Werks, LLC )
)
Defendant )

## NOTICE OF MOTION

**TO:** Steve Schroeder & Creative Werks, LLC

55 West Monore St. SUite 1200

Chicago, IL 60603

**PLEASE TAKE NOTICE** that on February 20, 2024 at 9:45 am, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Manish S. Shah or any judge sitting in his or her stead in **Courtroom** 1919 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

OPPOSITION TO DEFENDANT'S MOTION TO SET ASIDE DEFAULT JUDGMENT

## CERTIFICATE OF SERVICE

I hereby certify that on February 13 2024, I provided service to the person or persons listed above by the following means: Notice of Electronic Filing generated by the Court's CM/ECF syst

Signature: _/s/_   Date: February 13, 2024

Name (Print): Mary Madison

Address: 9758 S Charles   Phone: 7732979569

Chicago, IL 60643

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]