UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Mary Madison
                                    Plaintiff,

v.                                                          Case No.: 1:23−cv−16476
                                                            Honorable Manish S. Shah

Creative Werks, LLC, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 14, 2024:

    MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. For the reasons stated in open court, the motion to vacate default [15] is granted. The entry of default is vacated. Plaintiff's motion in opposition [17] is denied, and no appearance on 2/20/24 is necessary. Defendants shall respond to the complaint by 2/15/24. If the responsive pleading is a motion to dismiss, plaintiff shall respond by 3/18/24; defendant shall reply by 4/1/24. The court will issue a ruling via cm/ecf or set a further court hearing. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.