[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Mary Madison

|  |  |
|---|---|
| Plaintiff | ) ) ) Case Number: 23-CV-16476 |
| v. Creative Werks, LLC et al. | ) ) ) Judge: Manish S. Shah ) |
| Defendant | ) ) |

### NOTICE OF MOTION

**TO:** Mary Madison

9758 S. Charles St.

Chicago, IL 60643

**PLEASE TAKE NOTICE** that on March 7, 2024 _____ at 9:45 am ____ , or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Manish S. Shah or any judge sitting in his or her stead in **Courtroom** 1978 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Motion for Leave to File (Motion to Dismiss)

### CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2024 ___ , I provided service to the person or persons listed above by the following means Email on 3/2 and Fedex on 3/4/24 _____

Signature: _____          Date: 3/2/24

Name (Print): Jon D. Cohen

Address: Dickinson Wright PLLC          Phone: _____

55 W. Monroe St., Suite 1200

Chicago, IL 60603

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]