[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
**3/23/2024**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KG
BC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Mary Madison )
Plaintiff )
)
v. ) Case Number: 1:23-16476
)
Steve Schroeder & Creative ) Judge: Manish S. Shah
Werks, LLC )
)
Defendant )

## NOTICE OF MOTION

**TO:** Steve Schroeder & Creative Werks, LLC

C/o Cohen & Delehanty-Dickinson Wright

55 W. Monroe st. St.1200, Chic., IL 60603

**PLEASE TAKE NOTICE** that on April 4, 2024 **at** 9:45 am, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Manish S. Shah or any judge sitting in his or her stead in **Courtroom** 1919 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Motion To Consider Plaintiff's Rule 12(c) Response Timely FIled

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2024, I provided service to the person or persons listed above by the following means: The Court's CM/ECF Electronic System

Signature: [signature]

Date: March 23, 2024

Name (Print): Mary Madison

Address: 9758 S Charles

Phone: 7732979569

Chicago, IL 60643

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]