FILED
3/29/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KG

BC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Mary Madison | ) ) ) | |
| **Plaintiff,** | ) ) | Case Number: 1:23-CV-16476 |
| -vs- | ) ) | Honorable Judge Manish S. Shah |
| Steve Schroeder Creative Werks, LLC | ) ) ) | |
| **Defendant** | ) | |

### PLAINTIFF'S RULE 55 MOTION FOR DEFAULT JUDGMENT AND ORDER OF JUDGMENT

**NOW COMES** the Plaintiff and in support of her Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55, states as follows:

1. Plaintiff initiated these proceedings on December 4, 2023 seeking relief for Title VII and 42 USC §§ 1981 and 1985 violations.

2. The Jurisdiction and Venue are proper.

3. Defendant Creative Werks was served, pursuant Fed. R. Civ. P. 4, with a copy of the Complaint and Summons on December 15, 2023 to its registered agent as set forth on the attached Certificate of Service. (Exhibit A)

4. Defendant's answer was due and owing since January 5, 2024, pursuant to Fed. R. Civ. P. 12(a). {Dkt. #8}

5. More than twenty (20) days have elapsed since Defendants were served and Defendants have failed to file an appearance, answer, plead, or otherwise defend the allegations of Plaintiff's Complaint.

6. Defendant Steve Schroeder submitted to the Jurisdiction of the Court and was to respond or otherwise plead in accordance with Fed. R. Civ. P. 12(a).

7. The Court order Defendants to answer, plead or otherwise defend in accordance with Fed. R. Civ. P. 12(a) by February 14, 2024. (Dkt. Entry # 20)

8. More than twenty (20) days have elapsed since Defendant Steve Schroeder submitted to the Jurisdiction of the court and the Court Order for Defendant to file an answer, plead, or otherwise defend the allegations of Plaintiff's Complaint.

9. Defendants' failure to answer, defend and deny the allegations of Plaintiff's complaint results in those allegations being admitted and Plaintiff therefore moves the Court for the entry of Default Judgment.

6. Plaintiff seeks an order finding the Defendants to be in default and setting a hearing to prove-up damages incurred because of Defendants' unlawful actions as alleged in the complaint and an order of judgment.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter an Order of Default Judgment, and an Oder of Judgment and provide any other relief available.

Respectfully submitted,

_/s/_____
Mary Madison
9758 S Charles
Chicago, Il 60643
7732979569
Mdj123197@aol.com

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois


EXHIBIT A

MARY D. MADISON
*Plaintiff(s)*

v.

CREATIVE WERKS, LLC.,
STEVE SCHROEDER, ,
*Defendant(s)*

Civil Action No. 1:23-cv-16476
Judge Elaine E. Bucklo
Magistrate Judge Beth W. Jantz
RANDOM
Cat. 2

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Creative Werks, LLC.
c/o CT Corporation System, Registered Agent
208 So. Lasalle Street
Suite 814
Chicago, IL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mary D. Madison
9758 S. Charles St.
Chicago, IL 60643

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/4/23

L. McGarr
*Signature of Clerk or Deputy Clerk*

Case: 1:23-cv-16476 Document #: 8 Filed: 12/15/23 Page 1 of 2 PageID #:89

EW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Creative Werks, LLC**

was received by me on *(date)* **12/15/2023**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **CT Corp. System, Registered Agent, Derrick**, who is designated by law to accept service of process on behalf of *(name of organization)* **Creative Werks**
on *(date)* **12/15/2023** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $

I declare under pe[nalty]

Date: **12/15/2023**

0.00

*Server's signature*

**Jordan T Hoffman**
*Printed name and title*

**2711 E. New York St. #205**
*Server's address*
**Aurora, IL 60502**

Additional information regarding attempted service, etc:

**FILED**

DEC 15 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[Print] [Save As...] [Reset]