[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
3/29/2024
KG
BC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Plaintiff ) | |
| ) | Case Number: |
| v. ) | |
| ) | Judge: |
| ) | |
| Defendant ) | |

**NOTICE OF MOTION**

**TO:** _____

_____

_____

**PLEASE TAKE NOTICE** that on _____ **at** _____, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge _____ or any judge sitting in his or her stead in **Courtroom** _____ of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

_____

**CERTIFICATE OF SERVICE**

I hereby certify that on _____, I provided service to the person or persons listed above by the following means: _____

Signature: _____     Date: _____

Name (Print): _____

Address: _____     Phone: _____

_____

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]