UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Mary Madison

                     Plaintiff,

v.                                                            Case No.: 1:23−cv−16476
                                                                      Honorable Manish S. Shah

Creative Werks, LLC, et al.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 1, 2024:

      MINUTE entry before the Honorable Manish S. Shah: The motion for entry of default [30] is denied and no appearance on the motion is necessary. Although a Rule 12(c) motion is not an answer or a Rule 12(b) motion, it is a motion under Rule 12. The Rule 12(c) motion might be procedurally irregular or improper, and the court will rule on that motion after it is fully briefed, but entering an order of default against defendants is not the appropriate sanction in the current procedural posture. Defendants have appeared and are participating in the litigation. The court notes that one of plaintiff's exhibits appears to be an email communication between plaintiff and her lawyer that arguably contains advice from the lawyer to plaintiff. [31] at 32. Filing privileged communications could be deemed a waiver of attorney−client privilege. Plaintiff should exercise caution before filing documents. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.