**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Mary Madison
                          Plaintiff,

v.                                       Case No.: 1:23−cv−16476
                                                 Honorable Manish S. Shah

Creative Werks, LLC, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 13, 2024:

      MINUTE entry before the Honorable Manish S. Shah: Defendants' answer was due 9/4/24 and a status report was due 9/9/24. If defendants do not file an answer and a status report by 9/24/24, the court may enter an order of default against defendants. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.