# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Mary Madison

        Plaintiff,

v.                                        Case No.: 1:23−cv−16476

                                                 Honorable Manish S. Shah

Creative Werks, LLC, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 25, 2024:

      MINUTE entry before the Honorable Manish S. Shah: The parties shall exchange initial disclosures by 10/15/24. Any requests to amend the pleadings must be made by 2/4/25. All fact discovery must be noticed in time to be completed by 3/31/25. This is a shorter deadline than the parties proposed, but is enough time for the parties to discover the important facts, even considering plaintiff's pro se status. The court will set expert discovery and dispositive motion deadlines when the parties get closer to completing fact discovery. An agreed proposed confidentiality order may be submitted to proposed_order_shah@ilnd.uscourts.gov. The parties may email susan_mcclintic@ilnd.uscourts.gov for a settlement referral. A status hearing is set for 1/28/25 at 9:30 a.m. in Courtroom 1919. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.