


## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Mary Madison<br>**Plaintiff,**<br><br>-vs-<br><br>Steve Schroeder<br>Creative Werks, LLC<br>**Defendant** | )<br>)<br>) Case Number: 1:23-CV-16476<br>)<br>) **Honorable Judge Manish S. Shah**<br>)<br>)<br>)<br>) |

### PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO REPLY DEFENDANTS RESPONSE TO PLAINTIFF'S RULE 55(a) MOTION TO DISMISS

Plaintiff, MARY MADISON, hereby request for an extension of time to respond to Defendants response to Plaintiff's Rule 55(a) motion to dismiss.

Plaintiff has diligently been working on her reply to Defendant. However, she has realized that she will be unable to meet the deadline of November 26, 2024, due to a death in her family. Hence, Plaintiff is requesting an extension of time until December 6, 2024 to submit her reply to Defendants response to Plaintiff's Rule 55(a) motion.

Respectfully submitted,

/S/ Mary Madison_____
9758 S Charles
Chicago, Il 60643
7732979569
Mdj123197@aol.com

Page **1** of **2**

## **CERTIFICATE OF SERVICE**

The undersigned Mary Madison certifies that on November 25, 2024 she caused to be served Plaintiff's Request for Extension of Time to Reply to Defendants Response to Plaintiff's Rule 55(a) Motion to Dismiss by causing a copy to be served on all parties of record via the Court's CM/ECF electronic system to the following:

>Jon D. Cohen, Esq.
>jcohen@dickinsonwright.com
>Joseph R. Delehanty, Esq
>j.delehanty@dickinson.wright.com
>C/o Dickinson Wright
>55 West Monroe St. Suite 1200
>Chicago, Il 60603

>Respectfully submitted,

>/S/ Mary Madison_____
>9758 S Charles
>Chicago, Il 60643
>7732979569
>Mdj123197@aol.com