**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Mary Madison
                            Plaintiff,

v.                                             Case No.: 1:23−cv−16476
                                                     Honorable Manish S. Shah

Creative Werks, LLC, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 13, 2025:

      MINUTE entry before the Honorable Manish S. Shah: Plaintiff's motion for entry of default against defendant Schroeder [44] is denied. Although Schroeder acknowledged that he was not seeking to dismiss the Section 1981 claim, see [38] at n.2, and therefore should not have been under any misimpression that he was not subject to a pending claim, the sanction of default is too harsh. Cases ought to be resolved on the merits, not technicalities, and Schroeder (through counsel) has been participating in the case. Since codefendant Creative Werks did answer the claims and likely asserts similar theories, plaintiff will not be prejudiced by allowing Schroeder to participate in the case too. Defendant Schroeder must file an answer by 1/17/25. Status hearing remains set for 1/28/25 at 9:30 a.m. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.