# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Mary Madison
                          Plaintiff,

v.                                                 Case No.: 1:23−cv−16476
                                                             Honorable Manish S. Shah

Creative Werks, LLC, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 28, 2025:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. For the reasons stated in open court, plaintiff's Rule 11(c) motion for sanction is [51] denied. The close of fact discovery remains in place until 3/31/2025. The parties should meet and confer and defense counsel shall file a written status report by 2/26/2025. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.