UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARY MADISON | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23CV16476 |
| | ) | |
| | ) | |
| CREATIVE WERKS, LLC, and | ) | NOTICE OF SUBPOENA |
| STEVE SCHROEDER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

To: Mary Madison
9758 S. Charles
Chicago, IL 60643
Email: mdj123197@aol.com

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Creative Werks LLC, by its undersigned counsel, Dickinson Wright PLLC, intends to serve a subpoena in the form attached hereto, upon Now Health Group, Inc., on February 10, 2025 or as soon thereafter as service can be effectuated.

**Creative Werks, LLC, and Steve Schroeder**

By: */s/ Jon D. Cohen*
    One of Their Attorneys

Dickinson Wright PLLC
Jon D. Cohen (6206666)
Joseph R. Delehanty (6334295)
55 W. Monroe St., Suite 1200
Chicago, IL 60603
(312) 377-4565
jcohen@stahlcowen.com
jdelehanty@dickinsonwright.com

1

**CERTIFICATE OF SERVICE**

    Under penalties as provided by law, the undersigned attorney of record, certifies that he electronically sent a copy of this Notice of Subpoena at the address below, in addition to sending a copy via email on this date, February 5, 2025.

Mary Madison
9758 S. Charles St.
Chicago, IL 60643
assist2law@gmail.com

                                                               */s/ Jon D. Cohen*