

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Mary Madison ) | | |
| **Plaintiff,** ) | Case Number: 1:23-CV-16476 | |
| ) | | |
| vs ) | Honorable Judge Manish S. Shah | |
| ) | | |
| Steve Schroeder ) | | |
| Creative Werks, LLC ) | | |
| **Defendant** ) | | |

### PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO REPLY TO DEFENDANTS RESPONSE TO PLAINTIFF'S MOTION TO QUASH

Plaintiff seeks an extension of time to reply to Defendants Response.

Plaintiff inadvertently misread the date to respond; hence missing the deadline to respond.

Further, Plaintiff would have needed more time than a week to respond. Plaintiff ask this Honorable Court to Grant an extension of one (1) weeks' time. Plaintiff also contends that she has not missed deadlines in the past and asks for mercy. Thank you for your consideration.

Dated February 24, 2025                              Respectfully submitted,

                                                     /S/ Mary Madison

                                                     Mary Madison
                                                     9758 S Charles
                                                     Chicago, IL 60643
                                                     6152396684
                                                     Mdj123197@aol.com

1