# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Mary Madison

                         Plaintiff,

v.                                            Case No.: 1:23−cv−16476
                                                 Honorable Manish S. Shah

Creative Werks, LLC, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 5, 2025:

      MINUTE entry before the Honorable Manish S. Shah: Plaintiff's motion to quash [55] is denied. Because plaintiff has filed a public lawsuit against her former employer, there is little privacy intrusion in obtaining records from other employers of plaintiff. Such records can only be used for purposes of this litigation (protecting them from unnecessary disclosure). As in important witness, plaintiff's credibility is at issue and personnel files may contain workplace conduct issues that bear directly on plaintiff's credibility. There is no burden on plaintiff in third−party compliance with subpoenas. It may be that other employment is a red herring and not useful to understand the circumstances of plaintiff's employment with defendant, but because there is a reasonable likelihood that basic information contained in personnel records will bear on plaintiff's conduct and credibility, the records are discoverable. Finally, because plaintiff seeks damages for emotional distress, evidence of her post−employment conduct is relevant to quantifying damages. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.