UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARY MADISON | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23CV16476 |
| | ) | |
| | ) | Hon. Honorable Manish S. Shah |
| CREATIVE WERKS, LLC, and | ) | |
| STEVE SCHROEDER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Discovery Status Report**

I. Discovery Status: Fact discovery is set to close on March 31, 2025.

II. Plaintiffs have exchanged Requests to Admit, Interrogatories and Requests to produce.

Responses to a Request to Admit and Interrogatories issued by Plaintiff are due on March 28, 2025. Plaintiff issued a Request to Produce that is due on March 25, 2025, but Defendants will be responding to same on March 28, 2025 (over the seeming objection of Plaintiff).

III. Plaintiff is set to be deposed on March 24, 2025.

IV. Plaintiff and/or Defendant may move to seek additional discovery depending on the substance of Plaintiff Deposition or Defendants responses to the above noted discovery.

_/s Jon D. Cohen_____
Jon D. Cohen

Prepared

Jon D. Cohen
Dickinson Wright PLLC
55 W. Monroe St., Suite 1200
Chicago, IL 60603
(312) 641-0060
jcohen@dickinsonwright.com