# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Mary Madison
                                        Plaintiff,

v.                                                                        Case No.: 1:23−cv−16476
                                                                          Honorable Manish S. Shah

Creative Werks, LLC, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 9, 2025:

MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Plaintiff does not appear. Discovery is closed. Defendants' motion for summary judgment is due 6/9/25. Defendants are directed to provide plaintiff with a copy of the Local Rule 56.2 notice to pro se litigant and file a certificate of service on the docket. Plaintiff's response is due 7/7/25. Defendants' reply is due 7/28/25. The court will issue a ruling via cm/ecf. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.