


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

MARY MADISON,
Plaintiff,

v.

CREATIVE WERKS, LLC,
and Steve Schroeder, individually,
Defendants.

Civil Action No. Case No. 23CV16476
Honorable Judge Manish S. Shah

## MOTION TO EXCUSE ABSENCE

To the Honorable Court:

I respectfully apologize for missing the scheduled court date on April 9, 2025.

At that time, I was ill with COVID-19. Unfortunately, I did not receive the court notice in time to make alternate arrangements or request a continuance.

I kindly ask the Court to excuse my absence. I remain committed to resolving this case and participating in the process.

Dated: May 1, 2025                          Respectfully Submitted:


Mary Madison
/S/ Mary Madison
9758 S Charles
Chicago, Il 60643
6152396684
Mdj123197@aol.com

CERTIFICATE OF SERVICE

The undersigned, Mary Madison, certifies that on May 1, 2025, I caused to be served true and correct copies of the foregoing Plaintiff's Motion To Excuse Absence by causing a copy to be served on the persons identified on the docket's service list through Notice of Electronic Filing generated by the Court's CM/ECF system:

Respectfully submitted,


/S/ Mary Madison
9758 S Charles
Chicago, Il 60643
6152396684
Mdj123197@aol.com