UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Mary Madison
                              Plaintiff,

v.                                                     Case No.: 1:23−cv−16476
                                                            Honorable Manish S. Shah

Creative Werks, LLC, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 5, 2025:

      MINUTE entry before the Honorable Manish S. Shah: Plaintiff's motion to excuse her absence [70] is granted. Plaintiff's other motions [72] [74] [77] are denied without prejudice to renewal when opposing defendants' motion for summary judgment. To better organize the presentation of the issues (and assess the relevance or materiality of defendants' assertions in the pleadings), plaintiff should wait to see defendants' motion for summary judgment, and then marshal her response, which could include a cross−motion for summary judgment, on the schedule previously set. Defendants' motion is due 6/9/25, plaintiff's response is due 7/7/25, and defendants' reply is due 7/28/25. When responding to a motion for summary judgment, plaintiff must comply with Local Rule 56.1. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.