

## CERTIFICATE OF SERVICE

The undersigned Plaintiff certifies that on June 25, 2025, she caused to be served Plaintiff's Rule 56 Motion, and Memorandum for Summary Judgement, and Exhibits (Declaration of Mary Madison and Attorney Jordan Hoffman), and Rule 56.1 Separate List of undisputed Facts by causing a copy to be served on all parties of record via the Court's CM/ECF electronic system to the following:

                                        Jon D. Cohen, Esq.
                                        jcohen@dickinsonwright.com
                                        Joseph R. Delehanty, Esq
                                        j.delehanty@dickinson.wright.com
                                        C/o Dickinson Wright
                                        55 West Monroe St. Suite 1200
                                        Chicago, Il 60603

                                        Respectfully submitted,
                                        /S/ Mary Madison_____
                                        9758 S Charles
                                        Chicago, Il 60643
                                        6152396684
                                        Mdj123197@aol.com