# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Mary Madison
                              Plaintiff,

v.                                                   Case No.: 1:23−cv−16476
                                                         Honorable Manish S. Shah

Creative Werks, LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2025:

      MINUTE entry before the Honorable Manish S. Shah: Defendants may respond to plaintiff's motions [84][86][87] by 7/28/25 (when the defendants' reply brief in support of their summary judgment motion is due). Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.