BC

FILED MAN
7/7/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

The undersigned Plaintiff certifies that on July 7, 2025, she caused to be served Plaintiff's Rule 56 Motion in Opposition to Defendants' Motion for Summary Judgment, Rule 56.1 Response, and Plaintiff's Rule 56.1 Separate List of additional undisputed Facts and Madison Declaration, by causing a copy to be served on all parties of record via the Court's CM/ECF electronic system to the following:

>Jon D. Cohen, Esq.
>jcohen@dickinsonwright.com
>Joseph R. Delehanty, Esq
>j.delehanty@dickinson.wright.com
>C/o Dickinson Wright
>55 West Monroe St. Suite 1200
>Chicago, Il 60603

Respectfully submitted,
/S/ Mary Madison
9758 S Charles
Chicago, Il 60643
6152396684
Mdj123197@ao