ILND 450 (Rev. 10/13) Judgment in a Civil Action

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN DISTRICT OF ILLINOIS

Mary Madison,

Plaintiff,

v.

Creative Werks, LLC, et al.,

Defendants.

Case No.  23-cv-16476
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐  in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒  in favor of defendants Creative Werks, LLC and Steve Schroeder
and against plaintiff Mary Madison.

Defendants shall recover costs from plaintiffs.

---

☐  other:

---

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date:   3/9/2026

Thomas G. Bruton, Clerk of Court

/Susan McClintic , Deputy Clerk